# EXHIBIT 1

Superior Court of the State of California
FOR THE COUNTY OF SAN DIEGO

Department No. 17

No. CR 22437

## ABSTRACT OF JUDGMENT
(Commitment to State Prison)

FOR FILE STAMP

THE PEOPLE OF THE STATE
OF CALIFORNIA,
                    Plaintiff,

vs.

VERNON LA VERN ADLER

                    Defendant

Present:

Hon. ROGER S. RUFFIN
    Judge of the Superior Court

Edwin L. Miller, Jr District Attorney

By Joseph Sciarretta Deputy

Robert Bourne
Counsel for Defendant

THIS CERTIFIES that on the 29 day of June 19 71, judgment of conviction of the above named defendant was entered as follows:

(1) Case No. CR 22437 Count No. 1 on his plea of not guilty

he was convicted by a jury of twelve persons
                                (Court or jury)

of Murder in the First Degree,
(designation of crime and degree, if any, including fact that it constitutes a second or subsequent, if that affects sentence)

punishment having been fixed by the jury as confinement in the State Prison for life,

in violation of PC 187
    (reference to code or statute, including section and subsection thereof, if any violated)

With prior felony convictions as follows:

| Date | County and State | Crime | Disposition Sentence |
|---|---|---|---|
| Jn. 13, 1967 | Steele, Minn. | Aggravated Forgery | Sentence |
| Jn. 5, 1959 | Olmsted, Minn | Grand Larceny - 1st Deg. | State Reformat for Men |

with a deadly weapon at the time of his commission

weapon at the time of his arrest within the meaning of

(repeat ...ing with respect to each count of which defendant was convicted)

(2) Defendant __was not__ adjudged an habitual criminal within the meaning of subdivision ___ (was or was not) of section 644 of the Penal Code and the defendant __is not__ an
(a) or (b)                                                                        (is or is not)
habitual criminal in accordance with the provisions of subdivision (c) of that section.

(3) It is, therefore, ordered, adjudged and decreed that the said defendant be punished by imprisonment in the state prison of the State of California for the term provided by law, and that he be remanded to the Sheriff of the County of San Diego, and by him delivered to the Director of Corections of the State of California at California Institution for Men at Chino. ~~Women at Frontera~~.

It is Ordered that sentences shall be served in respect to one another as follows: (c/c or c/s)

— — —

and in respect to any prior incompleted sentences as follows: (c/c or c/s) —

STATE OF CALIFORNIA, } ss.
County of San Diego.   }

I DO HEREBY CERTIFY the foregoing to be a true and correct abstract of the judgment duly made and entered on the minutes of the Superior Court in the above entitled action as provided in Penal Code section 1213.

ATTEST my hand and seal of the Superior Court this ___29th___ day of ___June___, 19_71_.

R. B. JAMES,
County Clerk and ex-officio Clerk of the Superior
Court of the State of California, in and for the
County of San Diego.

By _Merritt W. Smith_, Deputy
   Merritt W. Smith

_____
Judge of the Superior Court of the State of California, in and for the County of San Diego.
ROGER S. RUFFIN