# EXHIBIT 9

Court of Appeal, Fourth Appellate District, Div. 1 - No. D049680
S150459

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re VERNON ADLER, on Habeas Corpus.

The petition for review is denied.

SUPREME COURT
**FILED**

APR 2 5 2007

Frederick K. Ohlrich Clerk

_____
DEPUTY

GEORGE

_____
Chief Justice