EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
STACEY D. SCHESSER, State Bar No. 245735
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5774
 Fax: (415) 703-5843
 Email: Stacey.Schesser@doj.ca.gov

Attorneys for Respondent Board of Parole Hearings

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERNON ADLER,<br><br>               Petitioner,<br><br>    v.<br><br>BEN CURRY,<br><br>              Respondents. | C07-02476 JW (PR)<br><br>**NON-OPPOSITION TO PETITIONER'S REQUEST TO WITHDRAW PETITION OF HABEAS CORPUS**<br><br>Judge: The Honorable James Ware |

On October 7, 2007, Petitioner Vernon Adler filed a Motion to Withdraw Petition of Habeas

//
//
//
//
//
//
//

1  Corpus. Respondent does not oppose the withdrawal or the court's dismissal of Adler's petition.

4  Dated: October 12, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Stacey D. Schesser*

STACEY D. SCHESSER
Deputy Attorney General
Attorneys for Respondent

20109262.wpd
SF2007200586

Non-Opposition to Motion to Withdraw

*Adler v. Curry*
C07-02476 JW (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Adler v. Curry**

No.:   **C07-02476 JW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 12, 2007</u>, I served the attached

### NON-OPPOSITION TO PETITIONER'S REQUEST TO WITHDRAW PETITION OF HABEAS CORPUS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Vernon Adler**
**B-35449**
**Correctional Training Facility**
**P.O. Box 689**
**Soledad, CA 93960-0689**
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 12, 2007, at San Francisco, California.

|  |  |
|---|---|
| L. Santos | L. Santos *(signature)* |
| Declarant | Signature |

20109370.wpd