IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON ADLER, ) | No. C 07-02476 JW (PR) |
|     Petitioner, ) | |
|   vs. ) | ORDER GRANTING MOTION TO WITHDRAW PETITION |
| BEN CURRY, Warden, ) | |
|     Respondent. ) | (Docket No. 9) |

Petitioner, a state prisoner incarcerated at the Correctional Training Facility in Soledad, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the California Board of Parole's ("BOP") October 12, 2005 decision to deny him parole. The Court found petitioner's claim, liberally construed, cognizable under § 2254 and ordered respondent to show cause why the petition should not be granted. Respondent filed an answer on the merits on September 7, 2007. Without filing a traverse, petitioner filed a motion (Docket No. 9) to withdraw his petition on October 10, 2007. Respondent filed a non-opposition to the motion.

Rule 41 of the Federal Rules of Civil Procedure grants a party bringing an

Order Granting Motion to Withdraw Petition
N:\Pro - Se\10.31.2007\07-02476 Adler02476_vol.dism.wpd

1  action the absolute right to dismiss such action by filing a notice of dismissal "at any
2  time before service by the adverse party of an answer or of a motion for summary
3  judgment." See Fed. R. Civ. P. 41(a)(1)(i).  Here, petitioner has already been served
4  with respondent's answer.  Therefore, petitioner must obtain court approval to
5  dismiss.  See Fed. R. Civ P. 41(a)(2).  The court must exercise its discretion to
6  determine whether to allow dismissal at all and if so, whether the dismissal should
7  be with or without prejudice and what terms and conditions, if any, ought to be
8  imposed.  See Hamilton v. Firestone Tire & Rubber Co., 679 F.2d 143, 145 (9th Cir.
9  1982); see also Spencer v. Moore Business Forms, Inc., 87 F.R.D. 118 (N.D. Ga.
10 1980) (discussing factors court should consider).

    The Court determines that respondent will not suffer any prejudice as a result of the dismissal as the arguments raised in respondent's answer will be applicable equally to a new petition filed by petitioner at such later date.  Furthermore, respondent does not oppose petitioner's motion.  Accordingly, petitioner's motion to withdraw the petition is GRANTED.  The case is DISMISSED WITHOUT PREJUDICE.[1]

    This order terminates Docket No. 9.

DATED:   October 25, 2007

JAMES WARE
United States District Judge

---

[1] Petitioner should remain aware that he will be subject to the statute of limitations under 28 U.S.C. § 2244(d)(1) should he choose to return to this Court with a new petition.