IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON ADLER, ) | No. C 07-02476 JW (PR) |
|     Petitioner, ) | |
| vs. ) | JUDGMENT |
| BEN CURRY, Warden, ) | |
|     Respondent. ) | |

    For the reasons stated on the order granting petitioner's motion to withdraw the petition, this case is DISMISSED WITHOUT PREJUDICE. Judgment is entered accordingly.

    The clerk shall close the file.

DATED: October 25, 2007

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\HC.07\Adler02476_judgment.wpd